IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00181-CV

 

James E. Alm,

                                                                                    Appellant

 v.

 

Joyce Moore,

                                                                                    Appellee

 

 



From the 12th District Court

Walker County, Texas

Trial Court No. 24176

 



MEMORANDUM  Opinion










 

            Appellant James E. Alm filed a notice
of appeal on May 10, 2010.  

            Appellant now seeks a dismissal of his
appeal because he no longer wishes to pursue the appeal.  

            Accordingly, this appeal is
dismissed.  Tex. R. App. P.
42.1(a)(1).

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed May 26, 2010

[CV06]